IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCAS CRANOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    PLAINTIFF,<br><br>V.<br><br>5 STAR NUTRITION, LLC,<br>    DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§   CAUSE NO. 1-19-CV-908-LY<br>§<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the Defendant 5 Star Nutrition is awarded its costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _27th_ day of November, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE