IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) 5 STAR NUTRITION, LLC., ) ) Defendant. ) | Case No. 1:19-cv-00908-LY |

## NOTICE OF APPEAL

Notice is hereby given that Lucas Cranor, the Plaintiff and proposed class representative in the above named putative class action, hereby appeals on behalf of himself and all others similar situated to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 27th day of November 2019 and from the Order Granting Defendant's Rule 12b(1) Motion to Dismiss with prejudice entered in this action on the 27th day of November 2019. Lucas Cranor is qualified to bring the appeal as the proposed representative of the class.

Dated: December 19, 2019.

Respectfully submitted,

/s/ Keith J. Keogh
Keith J. Keogh
IL Bar #: 6257811
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, IL 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com

Ben Bingham
TX Bar #: 02322350

1

88699

Bingham & Lea, P.C.  
319 Maverick Street  
San Antonio, TX 78212  
210-224-1819 (Phone)  
210-224-0141 (Fax)  
Ben@Binghamandlea.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019 I filed the above Notice of Appeal through the Court's CM/ECF System, which served a copy on all parties of record.

/s/ Keith J. Keogh  
Keith J. Keogh

2

88699