# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>5 STAR NUTRITION, LLC,<br><br>    Defendant. | Case No. 1:19-cv-00908-LY |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the above-numbered and styled cause. Plaintiff Lucas Cranor and Defendant 5 Star Nutrition, LLC., by and through their respective attorneys of record, have informed the Court that all matters in controversy between them have been settled and compromised, that Plaintiff agrees to dismiss his claims with prejudice to re-filing of same, and that each party will bear its own costs.

**IT IS THEREFORE ORDERED, ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against Defendant, as well as any claims that Plaintiff could have asserted against Defendant, are **DISMISSED WITH PREJUDICE and the putative class claims are dismissed without prejudice**;

2. All court costs shall be borne by the party incurring same; and

3. As the Court intends for this Agreed Order of Dismissal with Prejudice to be a final take nothing judgment in favor of Defendant, any relief not expressly granted herein is hereby **DENIED.**

ENTERED and ORDERED this ____ day of _____, 2021

                                                             LEE YEAKEL
                                                             UNITED STATES DISTRICT JUDGE

AGREED TO:

| /s/ *Keith J. Keogh* | /s/ *David P. Whittlesey* |
|---|---|
| KEOGH LAW, LTD. | SHEARMAN & STERLING LLP |
| Keith J. Keogh (*pro hac vice*)<br>IL Bar #: 6257811<br>55 W. Monroe St., Suite 3390<br>Chicago, IL 60603<br>Tel: (312) 726-1092<br>keith@keoghlaw.com | David P. Whittlesey<br>Texas Bar No. 00791920<br>david.whittlesey@shearman.com<br>300 West 6th Street, Suite 2250<br>Austin, TX 78701<br>Tel: (512) 647-1900 |
| Ben Bingham<br>TX Bar #: 02322350<br>Bingham & Lea, P.C.<br>319 Maverick Street<br>San Antonio, TX 78212<br>Tel: (210) 224-1819<br>Ben@Binghamandlea.com | *Counsel for Defendant* |
| *Counsel for Plaintiff and Putative Class* | |