IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>5 STAR NUTRITION, LLC,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00908-LY |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the above-numbered and styled cause. Plaintiff Lucas Cranor and Defendant 5 Star Nutrition, LLC., by and through their respective attorneys of record, have informed the Court that all matters in controversy between them have been settled and compromised, that Plaintiff agrees to dismiss his claims with prejudice to re-filing of same, and that each party will bear its own costs.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that:

1. Plaintiff's claims against Defendant, as well as any claims that Plaintiff could have asserted against Defendant, are **DISMISSED WITH PREJUDICE and the putative class claims are dismissed without prejudice;**

2. All court costs shall be borne by the party incurring same; and

3. As the Court intends for this Agreed Order of Dismissal with Prejudice to be a final take nothing judgment in favor of Defendant, any relief not expressly granted herein is hereby **DENIED.**

ENTERED and ORDERED this 30th day of July, 2021

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Keith J. Keogh

KEOGH LAW, LTD.

Keith J. Keogh (*pro hac vice*)
IL Bar #: 6257811
55 W. Monroe St., Suite 3390
Chicago, IL 60603
Tel: (312) 726-1092
keith@keoghlaw.com

Ben Bingham
TX Bar #: 02322350
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, TX 78212
Tel: (210) 224-1819
Ben@Binghamandlea.com

*Counsel for Plaintiff and Putative Class*

/s/ David P. Whittlesey

SHEARMAN & STERLING LLP

David P. Whittlesey
Texas Bar No. 00791920
david.whittlesey@shearman.com
300 West 6th Street, Suite 2250
Austin, TX 78701
Tel: (512) 647-1900

*Counsel for Defendant*