IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCAS CRANOR, INDIVIDUALLY § <br> AND ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED, § <br>     PLAINTIFF, § <br> § <br> V. § <br> § <br> 5 STAR NUTRITION, § <br>     DEFENDANT. § | CAUSE NO. 1:19-CV-908-LY |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, signed the parties' Agreed Order of Dismissal with Prejudice (Doc. #19). As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE